In the Matter of the Petition of SARDIUS D. BENTLEY, Respondent and Appellant, to Enforce an Attorney's Lien upon the Estate of GEORGE W. CROUCH, Deceased.

SARA L. VAN DE CARR, as Executrix, Appellant and Respondent.

*Matter of Crouch,* 87 App. Div. 622, affirmed.
(Argued June 6, 1904; decided August 5, 1904.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made October 27, 1903, which modified and affirmed as modified a decree of the Monroe County Surrogate's Court fixing the amount of an attorney's lien.

*Henry Selden Bacon* for appellant and respondent.

*Sardius D. Bentley* for respondent and appellant in person.

Order affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: HAIGHT, J. Dissenting: CULLEN, J.

---

WILLIAM M. MEAD, Respondent, *v.* THE SARATOGA AND WASHINGTON FIRE INSURANCE COMPANY, Appellant.

*Mead* v. *Saratoga & Wash. F. Ins. Co.,* 81 App. Div. 282, affirmed.
(Argued June 10, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William S. Ostrander* and *George R. Salisbury* for appellant.

*John B. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.